IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

NITRO CONSTRUCTION SERVICES, INC.
D/B/A NITRO ELECTRIC COMPANY, INC.
AND NITRO MECHANICAL SERVICES,
a West Virginia corporation,

          Plaintiff,

vs.                               Civil Action No. 3:18-cv-01405

STEVENSON CRANE SERVICE, INC.,
an Illinois corporation; and
HOIST LIFTRUCK MFG., INC.,
an Illinois corporation.

          Defendants.

### DISMISSAL ORDER

Pending before this Court is Plaintiff's Motion for Entry of Dismissal Order. Upon consideration of Plaintiff's motion and having been advised that this action has been settled, the Court **ORDERS** that this action be **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The Court further retains jurisdiction over the settlement agreement entered into by the parties. If a motion or other filing concerning the settlement is not made within thirty days of this Order, this case will be removed from the Court's active docket. The Court further **DIRECTS** the parties to inform the Court if the settlement has been fully consummated prior to the expiration of this thirty-day period.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: 2/22/19

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE